UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
DHL EXPRESS (USA), INC.,

            Plaintiff,

-against-

JOYMIC CORPORATION, d/b/a JEANS CO., FF,
INC., FOCUS FREE, DeNIMB, DENIM
BOUTIQUE, LULEETA, and the DENIM
BOUTIQUE,

            Defendant.
-------------------------------------------------------------x

**ORDER ADOPTING REPORT AND RECOMMENDATION**
06 CV 3434 (DLI) (MDG)

**DORA L. IRIZARRY, United States District Judge:**

    It appears that no objections have been filed to the Report and Recommendation of the Honorable Marilyn D. Go, U.S.M.J., dated October 25, 2007; and

    Upon due consideration, the Report and Recommendation is hereby adopted in full. Accordingly, it is hereby

    ORDERED that judgment is entered against defendant in the amount of $422,670.44 in damages, $415.00 in costs, and post-judgment interest from the date of the entry of judgment. Moreover, it is hereby

    ORDERED that service of a copy of this Order on defendant shall be made by the plaintiff within five (5) days of the date of this Order, and proof thereof shall be filed with the court via ECF immediately thereafter. The Clerk of the Court is directed to close the file maintained in this case.

DATED:    Brooklyn, New York
               November 14, 2007

                                        _____/s/_____
                                          DORA L. IRIZARRY
                                    United States District Judge